UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| L.G. and J.G., individually and on behalf of their daughter, M.G<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WINSLOW TOWNSHIP BOARD OF EDUCATION,<br><br>　　　　Defendant. | CIVIL NO. 11-2285(NLH)(JS)<br><br>**ORDER** |

　　WHEREAS, plaintiffs requested and received a Clerk's Entry of Default against the defendant on August 9, 2011; and

　　WHEREAS, plaintiffs subsequently filed a motion for default judgment; and

　　WHEREAS, defendant filed a motion to set aside the default; and

　　WHEREAS, the parties signed a joint stipulation to open the August 9, 2011 entry of default;

　　It is on this  14th  day of December, 2011,

　　**ORDERED** that plaintiffs' motion for default judgment [6] and defendant's motion to set aside the default [7] are **DISMISSED AS MOOT.**


　　　　　　　　　　　　　　　　　　　　　　 Noel L. Hillman      
At Camden, New Jersey　　　　　　　　　NOEL L. HILLMAN, U.S.D.J.